**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Cleveland MANNERS, also known as**
**Mickey, Defendant–Appellant.**

**No. 02–21009.**
**Conference Calendar**

United States Court of Appeals,
Fifth Circuit.

Aug. 20, 2003.

James Lee Turner, Assistant US Attorney, US Attorney's Office, Houston, TX, for Plaintiff-Appellee.

Cleveland Manners, Beaumont, TX, pro se.

Before JONES, WIENER, and BENAVIDES, Circuit Judges.

PER CURIAM.*

Counsel appointed to represent Cleveland Manners has moved for leave to withdraw and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Manners has filed a response. Our independent review of the brief, the response, and

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

the record discloses no nonfrivolous issue in this direct appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and Manners's APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.